IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,

  v.

THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.

No. C 11-04280 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he challenges the execution of his sentence. Petitioner seeks leave to proceed in forma pauperis.

    A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

1    Petitioner is incarcerated at California State Prison -
2 Solano, which is located in Solano County and lies within the venue
3 of the Eastern District of California.  See 28 U.S.C. § 84(b).
4 Because Petitioner challenges the execution of his sentence, the
5 Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas
6 L.R. 2254-3(b), and in the interests of justice, this petition be
7 TRANSFERRED to the United States District Court for the Eastern
8 District of California.
9    All remaining motions are TERMINATED on this Court's docket as
10 no longer pending in this district.
11    IT IS SO ORDERED.
12 Dated:  9/29/2011                  _____
                                      CLAUDIA WILKEN
13                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL S JOHNSON,

        Plaintiff,

v.

THE PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV11-04280 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
California State Prison - Solano
P.O. Box 4000
9 Building #148 low
2100 Peabody Road
Vacaville, CA 95969-4000

Dated: September 29, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk