1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL SAMUEL JOHNSON,

11           Petitioner,              No.  2:11-cv-2719 GEB CKD P

12      vs.

13   GARY SWARTHOUT,

14           Respondent.            FINDINGS AND RECOMMENDATIONS

15   _____/

16           A recent court order was served on petitioner's address of record and returned by

17   the postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

18   requires that a party appearing in propria persona inform the court of any address change.

19           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

20   petitioner's failure to keep the court apprised of his current address.  See Local Rules 182(f) and

21   110.

22           These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 13, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2719.133a