Case 2:11-cv-02719-TLN-CKD   Document 64   Filed 11/07/12   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,                    No. 11-cv-2719 GEB CKD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondents.                 ORDER

_____/

        Petitioner, a former state prisoner, proceeds pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On April 9, 2012, respondent filed an answer and a notice of lodging document in paper. (Dkt. Nos. 36, 37.) The notice of lodging document in paper indicates that respondent was lodging several exhibits in support of respondent's answer and memorandum of points and authorities. The court has not received any lodged documents in this case.

        Pursuant to Rule 5 of the Rules Governing § 2254 Cases, respondent must furnish the court with copies of relevant transcripts and appellate court briefs and opinions. Accordingly, IT IS HEREBY ORDERED that respondent shall lodge copies of the documents referenced in

/////

1

1 | Dkt. No. 37, as well as any other documents of record necessary to the resolution of petitioner's
2 | claim(s), within 30 days of the date of this order.

3 | Dated: November 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
john2719.lodgedocs