IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,               No. 11-cv-2719 GEB CKD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondents.          ORDER TO SHOW CAUSE

/

        Petitioner, a former state prisoner, proceeds pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On April 9, 2012, respondent filed an answer and a notice of lodging document in paper (Dkt. Nos. 36, 37), however no documents were lodged. On November 7, 2012, respondent was ordered to furnish the court with copies of transcripts, appellate court briefs, opinions and other documents of record relevant to the resolution of petitioner's claims within 30 days. Respondent has not done so.

        For the foregoing reasons, IT IS HEREBY ORDERED THAT within seven days of the date of this order, respondent shall show cause why sanctions should not be imposed

/////

/////

1

1  for failing to comply with the court's order (Dkt. No. 64) and causing delay in this proceeding.

2  Dated: December 18, 2012

3
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
john2719.showcause